1 | JAMES R. PAGLIERO, ESQ. – SBN 095898
2 | PAGLIERO & ASSOCIATES
A Professional Corporation
3 | 5701 Marconi Avenue
Carmichael, CA 95608
4 | (916) 481-7100   Fax: (916) 481-7101

5 | Attorneys for Defendant
ALPINE HOLDCO, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ESSEX ELECTRICAL, a division of SUPERIOR ESSEX; ESSEX ELECTRICAL, a division of ALPINE HOLDCO, INC.; PLATT ELECTRIC & SUPPLY, INC.; and Does 1-25,<br><br>　　　　Defendants.<br>_____<br><br>AND ALL RELATED CROSS AND COUNTER ACTIONS.<br>_____ | No. 2:18-CV-00958-JAM-EFB<br><br>**ORDER MODIFYING THE STATUS (PRE-TRIAL SCHEDULING) ORDER [BY STIPULATION OF THE PARTIES]** |

Based upon the stipulation and request of all parties to this action, good cause appearing therefor, this Court modifies its Status (Pre-Trial Scheduling) Order to include the following under the "DISCOVERY" section of that order:

The parties are allowed to conduct the following number of depositions exclusive of person most qualified depositions:

1

| PARTY | NUMBER OF DEPOSITIONS |
|---|---|
| Plaintiff | 15 |
| Defendant Superior Essex, Inc. | 5 |
| Defendant Essex Group, Inc. | 5 |
| Defendant Alpine Holdco, Inc. | 5 |
| Defendant Southwire Corporation | 5 |
| Defendant Rexell, Inc. dba Platt Electric | 5 |

**IT IS SO ORDERED**.

Dated: August 14, 2018

       /s/ John A. Mendez
       Honorable John A. Mendez
       United States District Court Judge

p:\scottsdale\pld\misc\obj-ptso-order.docx

2

**Order Modifying Status (Pre-Trial Scheduling) Order**      **Scottsdale v. Essex**
**[By Stipulation of the Parties]**      **2:18-CV-00958-JAM-EFB**