UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) | Case No. 2:18-CV-00958 JAM-EFB |
| Plaintiff, | ) | |
| v. | ) | |
| ESSEX ELECTRIC, a Division of Superior Essex, et al., | ) | **RELATED CASE ORDER** |
| Defendants. | ) | |
| ARCH INSURANCE COMPANY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 2:18-CV-02650 WBS-CKD |
| ESSEX ELECTRIC, a Division of SUPERIOR ESSEX/SUPERIOR ESSEX, INC. (SPSX), et al., | ) | |
| Defendants. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:18-CV-02650 WBS-CKD be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:18-CV-02650 JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: October 10, 2018.          /s/ John A. Mendez_____
                                  JOHN A. MENDEZ
                                  United States District Judge