TROUTMAN SANDERS LLP
Michael K. Cassata, Bar No. 287928
michael.cassata@troutman.com
Jill Kuhn, GA Bar No. 648990 (*admitted pro hac vice*)
jill.kuhn@troutman.com
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: 415.477.5700
Facsimile: 415.477.5710

Attorneys for Defendant, Cross-Complainant, and Cross-Defendant
SOUTHWIRE COMPANY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ESSEX ELECTRIC, a Division of Superior Essex; ESSEX ELECTRIC, a Division of Alpine Holdco, Inc.; PLATT ELECTRIC SUPPLY, INC., and DOES 1 to 25,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:18-CV-00958-JAM-EFB<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS REXEL USA, INC. AND SOUTHWIRE COMPANY, LLC** |

## STIPULATION

Whereas Plaintiff Scottsdale Insurance Company, Defendant Superior Essex Inc., Defendant Essex Group, Inc., and Defendant Alpine Holdco, Inc., and each of them, has agreed with Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc. for a dismissal of Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc. from the case without prejudice in exchange for a mutual waiver of costs and fees. Defendant Southwire Company, LLC has made no cross claim against Defendant

Rexel USA, Inc. dba Platt Electric Supply, Inc.;

Whereas Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc. has agreed to a dismissal of its cross claims against Defendant Superior Essex Inc., Defendant Essex Group, Inc., Defendant Southwire Company, LLC, and Defendant Alpine Holdco, Inc., and each of them, without prejudice in exchange for a mutual waiver of costs and fees;

Whereas Plaintiff Scottsdale Insurance Company, Defendant Superior Essex Inc., Defendant Essex Group, Inc., Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc., and Defendant Alpine Holdco, Inc., and each of them, has agreed with Defendant Southwire Company, LLC for a dismissal of Southwire Company, LLC from the case without prejudice in exchange for a mutual waiver of costs and fees;

Whereas Defendant Southwire Company, LLC has agreed to a dismissal of its cross claims against Defendant Superior Essex Inc., Defendant Essex Group, Inc., and Defendant Alpine Holdco, Inc., and each of them, without prejudice in exchange for a mutual waiver of costs and fees;

It is hereby stipulated by and between the parties that Defendant, Cross Complainant, and Cross Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc. will be dismissed without prejudice.

It is hereby stipulated by and between the parties that Defendant, Cross Complainant, and Cross Defendant Southwire Company, LLC will be dismissed without prejudice.

It is hereby stipulated by and between the parties that, if any party chooses to again name Rexel USA, Inc. dba Platt Electric Supply, Inc. and/or Southwire Company, LLC as a party to this lawsuit after their respective dismissals, Rexel USA, Inc. dba Platt Electric Supply, Inc. and Southwire Company, LLC's current counsel of record agree to accept service of said complaint/cross-claim on behalf of their respective clients. If Cross Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc. and Southwire Company, LLC are again named as parties after their

dismissals, Cross Defendant Rexel USA, Inc. dba Platt Electric Supply, Inc. and Southwire Company, LLC reserve the right to bring a pleadings challenge to any such pleadings as appropriate.

Dated: February _____, 2019　　　LAW OFFICES OF JEFFREY C. SPARKS

By: _signature on original_____
　　Jeffrey C. Sparks
　　Attorney for Plaintiff
　　SCOTTSDALE INSURANCE COMPANY

Dated: February _____, 2019　　　TROUTMAN SANDERS LLP

By: _signature on original_____
　　Michael K. Cassata
　　Attorneys for Defendant
　　SOUTHWIRE COMPANY, LLC

Dated: February _____, 2019　　　KLINDINST PC

By: _signature on original_____
　　Ian Rambarran
　　Kristin N. Blake
　　Attorneys for Defendant
　　REXEL USA, INC. dba PLATT
　　ELECTRIC SUPPLY, INC.

Dated: February _____, 2019　　　CLAP MORONEY VUCINICH BEEMAN SCHELEY

By: _signature on original_____
　　Christopher J. Beeman
　　Attorneys for Defendant
　　ALPINE HOLDCO, INC.

- 3 -

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS REXEL USA, INC. AND SOUTHWIRE COMPANY, LLC

Dated: February _____, 2019         ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By: _signature on original_____
    Vincent Castillo
    Alexei Offil-Klein
    Attorneys for Defendants
    SUPERIOR ESSEX INC. and ESSEX GROUP, INC.

    Based upon the stipulation of the parties, the Court hereby Orders Defendants, Cross Complainants and Cross Defendants Rexel USA, Inc. and Southwire Company, LLC dismissed from the action without prejudice.

DATED: February 13, 2019.         _____
    Edmund F. Brennan
    United States Magistrate Judge

- 4 -

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS REXEL USA, INC. AND SOUTHWIRE COMPANY, LLC