1  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@aghwlaw.com
2  ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
   aklein@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA 94104
   Telephone:    (415) 697-2000
5  Facsimile:    (415) 813-2045

6  Attorneys for Defendants
   ESSEX GROUP, INC. and SUPERIOR ESSEX INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY; ARCH INSURANCE COMPANY; TERRILL TRANSPORTATION, INC.; ALEX TERRILL; DEAN LEDFORD; and LENNY GROSS,<br><br>Plaintiffs,<br><br>v.<br><br>ESSEX ELECTRIC, a Division of Superior Essex; ESSEX ELECTRIC, a Division of Alpine Holdco., Inc.; PLATT ELECTRIC & SUPPLY, INC.; and Does 1-25,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION. | Case No. 2:18-cv-958-EFB (CONSOLIDATED WITH CASE NO. 2:18-cv-2650-EFB)<br><br>[ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDMUND F. BRENNAN]<br><br>**STIPULATION RE: CONSENT TO ELECTRONIC SERVICE; [PROPOSED] ORDER**<br><br>Trial:   May 19, 2020 |

/ / /

/ / /

/ / /

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

The parties, by and through their respective counsel, hereby stipulate as follows:

1. The parties consent to email service of documents in the above-referenced action.
2. The parties agree that documents served via email or other electronic method shall nonetheless be considered to have been served via U.S. mail for the purposes of calculating any responsive deadlines (i.e., three days are added to the period within which the a party must act), pursuant to Rule 6(d) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED: March 11, 2019

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By: */s/ Alexei N. Offill-Klein*
 Vincent Castillo, Esq.
 Alexei N. Offill-Klein, Esq.
 Attorneys for Defendants
 ESSEX GROUP, INC. and SUPERIOR ESSEX INC.

DATED: March 11, 2019

LAW OFFICES OF JEFFREY C. SPARKS

By: */s/ Jeffrey C. Sparks*
 Jeffrey C. Sparks, Esq.
 Attorneys for Plaintiffs
 SCOTTSDALE INSURANCE COMPANY; ARCH INSURANCE COMPANY; TERRILL TRANSPORTATION, INC.; ALEX TERRILL; DEAN LEDFORD; and LENNY GROSS

///
///
///
///
///

DATED: March 11, 2019

CLAPP MORONEY VUCINICH BEEMAN SCHELEY

By: */s/ Warren Klein*
Christopher J. Beeman, Esq.
Warren Klein, Esq.
Attorney for Defendant
ALPINE HOLDCO, INC.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: March 12, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE
*Scottsdale Insurance Company v. Essex Electrical, et al.*
**U.S. DISTRICT COURT-EASTERN DISTRICT CASE NO. 2:18-cv-958-EFB
(CONSOLIDATED WITH CASE NO. 2:18-cv-2650-EFB)**

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is: 180 Montgomery Street, Suite 1200, San Francisco, California 94104. On March 11, 2019, I served the within:

STIPULATION RE: CONSENT TO ELECTRONIC SERVICE; [PROPOSED] ORDER

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

SEE ATTACHED SERVICE LIST

☐ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ **By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on March 11, 2019, at San Francisco, California.

*/s/ Adrian Castaneda*
Adrian Castaneda

# SERVICE LIST

| | |
|---|---|
| Jeffrey C. Sparks, Esq.<br>Law Offices of Jeffrey C. Sparks<br>229 Avenue I, Second Floor<br>Redondo Beach, CA 90277 | 310-540-1332 Phone<br>310-540-8480 Fax<br>jcs@sparksandassociates.com<br><br>*Attorney for Plaintiffs SCOTTSDALE INSURANCE COMPANY; ARCH INSURANCE COMPANY; TERRILL TRANSPORTATION, INC.; ALEX TERRILL; DEAN LEDFORD; and LENNY GROSS* |
| Christopher J. Beeman, Esq.<br>Clapp Moroney Vucinich Beeman Scheley<br>5860 Owens Drive, Suite 410<br>Pleasanton, CA 94588 | 925-734-0990 Phone<br>925-734-0888 Fax<br>cbeeman@clappmoroney.com<br><br>*Attorneys for Defendant ALPINE HOLDCO, INC.* |
| Michael K. Cassata, Esq.<br>Jill Kuhn, Esq.<br>Troutman Sanders LLP<br>580 California Street, Suite 1100<br>San Francisco, CA 94104 | 415-477-5700 Phone<br>415-477-5710 Fax<br>michael.cassata@troutman.com<br>jill.kuhn@troutman.com<br><br>*Attorneys for Defendant SOUTHWIRE COMPANY LLC* |
| Ian A. Rambarran, Esq.<br>Kristin N. Blake, Esq.<br>Klinedinst PC<br>801 K Street, Suite 2100<br>Sacramento, CA 95814 | T: (916) 444-7573<br>F: (916) 444-7544<br>E-mail: irambarran@klinedinstlaw.com;<br>kblake@klinedinstlaw.com<br><br>*Attorneys for Defendant REXEL USA, INC. dba PLATT ELECTRIC SUPPLY INC.* |