VINCENT CASTILLO, State Bar No. 209298
vcastillo@aghwlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:     (415) 697-2000
Facsimile:     (415) 813-2045

Attorneys for Defendants
ESSEX GROUP, INC. and SUPERIOR ESSEX INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY; ARCH INSURANCE COMPANY; TERRILL TRANSPORTATION, INC.; ALEX TERRILL; DEAN LEDFORD; and LENNY GROSS,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ESSEX ELECTRIC, a Division of Superior Essex; ESSEX ELECTRIC, a Division of Alpine Holdco., Inc.; PLATT ELECTRIC & SUPPLY, INC.; and Does 1-25,<br><br>                    Defendants.<br><br>_____<br><br>AND CONSOLIDATED ACTION.<br>_____ | Case No. 2:18-cv-958-EFB (CONSOLIDATED WITH CASE NO. 2:18-cv-2650-EFB)<br><br>[ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDMUND F. BRENNAN]<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF SUPERIOR ESSEX INC.; [~~PROPOSED~~] ORDER**<br><br>Trial:     May 19, 2020 |

/ / /

/ / /

/ / /

308025.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1    The parties, by and through their respective counsel, hereby stipulate as follows:

2        1.  Defendant Superior Essex Inc. shall be dismissed without prejudice, each party to

3            bear its own fees and costs.

4        2.  Superior Essex Inc. dismisses its Crossclaims as to all Cross-Defendants without

5            prejudice, each party bearing its own fees and costs.

6        3.  Alpine Holdco, Inc. dismisses its Crossclaim against Superior Essex Inc., each

7            party to bear its own fees and costs.

8

9    IT IS SO STIPULATED.

10

11   DATED:  May 9, 2019                    ALLEN, GLAESSNER, HAZELWOOD &
                                            WERTH, LLP
12

13                                          By: */s/ Alexei N. Offill-Klein*
                                                Vincent Castillo, Esq.
14                                              Alexei N. Offill-Klein, Esq.
                                                Attorneys for Defendants
15                                              ESSEX GROUP, INC. and SUPERIOR ESSEX
                                                INC.
16

17   DATED:  May 9, 2019                    LAW OFFICES OF JEFFREY C. SPARKS
18

19                                          By: */s/ Jeffrey C. Sparks (as authorized on 5/9/19)*
                                                Jeffrey C. Sparks, Esq.
20                                              Attorneys for Plaintiffs
                                                SCOTTSDALE INSURANCE COMPANY;
21                                              ARCH INSURANCE COMPANY; TERRILL
                                                TRANSPORTATION, INC.; ALEX TERRILL;
                                                DEAN LEDFORD; and LENNY GROSS
22

23

24   DATED:  May 9, 2019                    CLAPP MORONEY VUCINICH BEEMAN
                                            SCHELEY
25

26                                          By: */s/ Christopher J. Beeman*
                                                *(as authorized on 5/9/19)*
                                                Christopher J. Beeman, Esq.
27                                              Warren Klein, Esq.
                                                Attorney for Defendant
28                                              ALPINE HOLDCO, INC.

2                           STIPULATION OF DISMISSAL OF
                            SUPERIOR ESSEX INC.
                            2:18-CV-958-EFB

308025.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

**[~~PROPOSED~~] ORDER**

2        The Court, having reviewed the parties' stipulation for voluntary dismissal, orders as

3  follows:

4        Superior Essex Inc. is hereby dismissed without prejudice, each party to bear its own fees

5  and costs.  Superior Essex Inc.'s Crossclaims are dismissed without prejudice, each party to bear

6  its own fees and costs.  Alpine Holdco, Inc.'s Crossclaim against Superior Essex Inc. is dismissed

7  without prejudice, each party to bear its own fees and costs.

8        IT IS SO ORDERED.

9

10  DATED:  May 13, 2019.

11                         EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION OF DISMISSAL OF
SUPERIOR ESSEX INC.
2:18-CV-958-EFB

308025.1