UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE CO., et al. | No. 2:18-cv-958-EFB |
| Plaintiffs, | |
| v. | ORDER |
| SUPERIOR ESSEX, INC., et al., | |
| Defendants. | |

Based upon the stipulation of the parties, the Court hereby orders that the Complaint of Plaintiffs SCOTTSDALE INSURANCE COMPANY, ARCH INSURANCE COMPANY, TERRILL TRANSPORTATION INC., ALEX TERRILL, DEAN LEDFORD; and LENNY GROSS is dismissed with prejudice. Cross-Defendants and Cross-Claimants ALPINE HOLDCO, INC. and ESSEX GROUP, INC.'s respective Crossclaims are dismissed with prejudice.

The matter is disposed of in its entirety and all future dates are hereby vacated and the case is dismissed in its entirety with prejudice. The Clerk is directed to close the case.

DATED: August 29, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE